UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

FILED
2012 MAR -2 PM 3:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

Case Number **CR 12 00195**
U.S.A. v. David Kaup
☐ Indictment   ☑ Information

Defendant Number 1
Year of Birth 1983
Investigative agency (FBI, DEA, etc.) FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense _____
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____
Citation of offense 18 U.S.C. 1343

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes        ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes        ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s) _____

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☑ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☑ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☑ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date February 27, 2012

Signature of Assistant U.S. Attorney

James A. Bowman
*Print Name*