```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
James Bowman (CSB: 220227)
Assistant United States Attorney
     Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2213
     Facsimile: (213) 894-6269
     E-mail: james.bowman@usdoj.gov
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK (CSB: 233634)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6595
     Facsimile:  (213) 894-7177
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 12-00195-MMM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| DAVID KAUP AND CARLO MONTANI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Upon consideration of the application of plaintiff United States of America for a preliminary order of forfeiture pursuant to Counts One and Two of the Information, defendant David Kaup's plea of guilty to Counts One and Two of the Information, defendant Carlo Montani's plea of guilty to Count One of the Information, defendants' change of plea hearing, and such evidence or information presented at any forfeiture hearing in this matter, the court ORDERS as follows:

## I. FORFEITABLE PROPERTY

The following specific property is subject to forfeiture to the United States:

As alleged in the Forfeiture Allegation of the Information, the government has established the requisite nexus between the following property (the "Forfeitable Property") and the offenses described in Counts One and Two, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(C), and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, having shown that the property constitutes or is traceable to the proceeds of the commission of those offenses:

1. $398,578.86 in account funds seized from MB Trading account number xxxx2319 in the name of Timothy Lopez dba Chi Belle Epoche;

2. $52,331.54 in account funds seized from Bank of America account number xxxxx-x5187 in the name of Chi Belle Epoche;

3. $204,862.70 in account funds seized from MB Trading account number xxxx9338 in the name of First Mortgage West Lending Corporation; and

    4. $45,261.56 in account funds seized from JP Morgan Chase Bank account number xxxxx3735 in the name of First Mortgage West Lending Corporation.

All right, title, and interest of defendants David Kaup and Carlo Montani in the Forfeitable Property is hereby forfeited to the United States.

## II. IMPLEMENTATION

IT IS FURTHER ORDERED as follows:

    A. Upon the entry of this Order, and pursuant to Fed. R. Civ. P. 32.2(b)(3) and 21 U.S.C. § 853(g), the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property identified in Section I above.

    B. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

        (1) Pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal shall forthwith publish once in a newspaper of general circulation notice of this order and any other Order affecting such specific Forfeitable Property, notice of the Marshal's intent to dispose of such property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to

3

the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.

(2) Any person, other than defendants David Kaup and Carlo Montani, asserting a legal interest in the Forfeitable Property, may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

(3) Any petition filed by a third party asserting an interest in the Forfeitable Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in such property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

(4) After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure if the Court determines that such discovery is necessary or desirable to resolve factual issues.

(5) The United States shall have clear title to the Forfeitable Property following the Court's disposition of all third-party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

1    D. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this
2 Preliminary Order of Forfeiture shall become final as to
3 defendants David Kaup and Carlo Montani at the time of sentencing
4 and shall be made part of their respective sentences and included
5 in their respective judgments.
6    E. The Court shall retain jurisdiction to enforce this
7 Order, and to amend it as necessary, pursuant to Fed. R. Crim. P.
8 32.2(e).
9    IT IS SO ORDERED.

DATED: July 23, 2012

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney


/s/
_____
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

ATTORNEYS FOR
United States of America

5