IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR 12-195 MMM |
| ) | |
| David Kaup and Carlo Montani, ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 30, 2012 and ending on October 29, 2012. Attachment 1 consists of a copy of the actual notice as seen on the www.forfeiture.gov website. Attachment 2 is a copy of the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2012, at Los Angeles, CA.

_____
Ricardo Reyes
Records Examiner

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CR 12-195; NOTICE OF FORFEITURE

Notice is hereby given that on July 23, 2012, in the case of <u>U.S. v. David Kaup and Carlo Montani</u>, Court Case Number CR 12-195, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

$45,261.56 in funds from JP Morgan Chase Bank Acct. #XXXXX3735 (12-FBI-000655) which was seized from First Mortgage West Lending Corporation on November 10, 2011, at JP Morgan Chase Bank, 3731 Wilshire Boulevard, located in Los Angeles, CA

$204,862.70 in funds from MB Trading Futures, Inc., Acct. #XXXX9338 (12-FBI-000658) which was seized from First Mortgage West Lending Corporation on November 10, 2011 at MB Trading Futures, Inc., 1926 East Maple Avenue, located in El Segundo, CA

$52,331.54 in funds from Bank of America Acct. #XXXXX-X5187 (12-FBI-001011) which was seized from Chi Belle Epoche LLC on December 2, 2011 at Bank of America, 8720 Balboa Boulevard, located in Northridge, CA

$398,578.86 in funds from MB Trading Futures, Inc., Acct. #XXXX2319 (12-FBI-001012) which was seized from Timothy Lopez dba Chi Belle Epoche LLC on December 2, 2011 at MB Trading Futures, Inc., 1926 East Maple Avenue, located in El Segundo, CA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 30, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 255 E. Temple Street, Rm. 178, Los Angeles, CA 90012, and a copy served upon Assistant United States Attorney Jennifer Resnik, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Attachment 2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 30, 2012 and October 29, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Kaup and Carlo Montani

**Court Case No:** CR 12-195
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/30/2012 | 24.0 | Verified |
| 2 | 10/01/2012 | 24.0 | Verified |
| 3 | 10/02/2012 | 24.0 | Verified |
| 4 | 10/03/2012 | 24.0 | Verified |
| 5 | 10/04/2012 | 23.9 | Verified |
| 6 | 10/05/2012 | 24.0 | Verified |
| 7 | 10/06/2012 | 24.0 | Verified |
| 8 | 10/07/2012 | 24.0 | Verified |
| 9 | 10/08/2012 | 24.0 | Verified |
| 10 | 10/09/2012 | 24.0 | Verified |
| 11 | 10/10/2012 | 24.0 | Verified |
| 12 | 10/11/2012 | 23.9 | Verified |
| 13 | 10/12/2012 | 24.0 | Verified |
| 14 | 10/13/2012 | 24.0 | Verified |
| 15 | 10/14/2012 | 24.0 | Verified |
| 16 | 10/15/2012 | 24.0 | Verified |
| 17 | 10/16/2012 | 24.0 | Verified |
| 18 | 10/17/2012 | 24.0 | Verified |
| 19 | 10/18/2012 | 23.4 | Verified |
| 20 | 10/19/2012 | 24.0 | Verified |
| 21 | 10/20/2012 | 24.0 | Verified |
| 22 | 10/21/2012 | 24.0 | Verified |
| 23 | 10/22/2012 | 24.0 | Verified |
| 24 | 10/23/2012 | 24.0 | Verified |
| 25 | 10/24/2012 | 24.0 | Verified |
| 26 | 10/25/2012 | 24.0 | Verified |
| 27 | 10/26/2012 | 23.5 | Verified |
| 28 | 10/27/2012 | 24.0 | Verified |
| 29 | 10/28/2012 | 24.0 | Verified |
| 30 | 10/29/2012 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.