Bob Bernstein, CA SBN: 043230
BERNSTEIN LAW OFFICE, INC.
3727 W. Magnolia Blvd., # 767
Burbank, California 91510
Telephone: (818) 558-1717
Facsimile: (818) 526-7672
Email:     bob@crimeonly.com

Attorney for Defendant,
DAVID KAUP

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID KAUP,<br><br>          Defendant. | Case No.: CR 12-195-MMM<br><br>**DEFENDANT DAVID KAUP'S POSITION RE SENTENCING** |

   Defendant DAVID KAUP, by and through his counsel of record, Bob Bernstein, hereby submits his position regarding sentencing.

   Based on all the information available to the Court, the Government's sentencing memorandum, and the plea agreement filed herein, Mr. Kaup respectfully requests this

DEFENDANT'S POSITION REGARDING SENTENCING
- 1

Honorable Court to adopt the findings of the Presentence Investigation Report and to impose a sentence of 78 months in prison.  Mr. Kaup waives his filing of formal and extensive sentencing position papers.

    Based on the plea agreement, Mr. Kaup does not oppose to the sentencing computation and the resulted guideline range as presented by the Government. Thus, he respectfully requests that he be sentenced to 78 months in prison. However, should this Honorable Court consider a sentence higher than the stipulated sentence in the plea agreement, Mr. Kaup reserves any and all necessary supplemental sentencing position arguments and oppositions for any and all factors that may be considered for a higher sentence.

    Additionally, Mr. Kaup does not oppose to the total restitution requested by the Government, including the additional $8,970,000 loss from Lunden Investments.  Thus, agreeing to restitution total of $10,761,736.  However, Mr. Kaup requests that the record reflect the approximately $700,000 that was seized by the Government prior to the filing of the Information.  Further, respectfully requesting that the amount seized be applied towards the determined restitution amount.

Dated:   November 28, 2012

                                Respectfully submitted,

                                s/ Bob Bernstein
                                Bob Bernstein, Esq.
                                BERNSTEIN LAW OFFICES, INC.
                                Attorney for Defendant
                                DAVID KAUP